FILED
2017 Mar-03  AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 4:16-cr-0259-AKK |
| | ) |
| INALVES GONZALEZ-DELGADO, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant Inalves Gonzalez-Delgado's motion to suppress, doc. 54.  The magistrate judge filed a report on February 7, 2017, recommending that the court deny Defendant's motion. *See* doc. 98.  The Defendant has not filed any objections.  Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**.  It is therefore **ORDERED** that Defendant's Motion to Suppress, doc. 54, is **DENIED.**

Done this the 3rd day of March 2017.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE